W. R. PARRY, Respondent, v. THE GORDON COF-
FEE AND SPICE COMPANY, Appellant.

**Kansas City Court of Appeals, February 16, 1903.**

Appellate Practice: ABSTRACT: MOTION FOR NEW TRIAL: REC-
ORD ENTRY. The filing of the motion for new trial and in arrest
of judgment must be shown by a record entry, and a recital in the
bill of exceptions is insufficient.

Appeal from Jackson Circuit Court.—*Hon. J. H. Slo-
ver,* Judge.

AFFIRMED.

*Ellis, Cook & Ellis* for appellant.

Filed brief on merits.

*George F. Ballingal* and *C. S. Leonard* for respond-
ent.

(1) The abstract of the record fails to show a
judgment, original entry or order, or matters necessary
to a full understanding of questions presented to the
court. Rule 15, Kansas City Court of Appeals; R. S.
1899, secs. 808, 813; Herman v. Daily, 74 Mo. App. 505.
(2) The recitals in the bill of exceptions do not sup-
ply the record proper. Walser v. Wear, 128 Mo. 652;
Storage and Warehouse Co. v. Glasner, 150 Mo. 427;
Lawson v. Mills, 150 Mo. 428.

BROADDUS, J.—Plaintiff having called attention
to the defective abstract herein, the defendant filed a
motion for leave to supply such defect accompanied with
an amended abstract. The original failed to show that
there had been any judgment in the case, or that any
bill of exceptions, motion for new trial, or motion in
arrest of judgment, had been filed. The amended OR

supplemental abstract shows that a judgment had been rendered and that a bill of exceptions had been filed, but it does not show any record of the filing of a motion for new trial or in arrest of judgment. The bill of exceptions recites such filing, but that is not sufficient, as such showing must be made from a record entry in the case. Hill v. Combs (not yet reported; and Turney v. Ewins, 97 Mo. App. 620; Crossland v. Admire, 149 Mo. 650; Lawson v. Mills, 150 Mo. 428; Western Storage Co. v. Glasner, 150 Mo. 426.

Finding no error in the record proper the cause is affirmed. All concur.